UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORLEANS INTERNATIONAL INC.,

                    Plaintiff,

v.

ALTERNA CAPITAL SOLUTIONS,
et al.,

                    Defendants.

Case No. 2:21-cv-11335

HONORABLE STEPHEN J. MURPHY, III

_____/

## SECOND STIPULATED ORDER EXTENDING CASE DEADLINES

This matter having come before the Court upon this Second Stipulated Order and the Court being advised that: (a) discovery ends on June 30, 2023 and dispositive motions are due by August 31, 2023 under the Stipulated Order Extending the Discovery and Dispositive Motion Deadlines [ECF No. 41]; (b) the final pretrial conference is scheduled for October 25, 2023 at 2:00 p.m. and trial is scheduled on the trial docket for November 7, 2023, at 9:00 p.m. under the Court's Scheduling Order [ECF No. 28]; (c) on February 9, 2023, Defendant Revier Brand Group, LLC ("RBG") served a subpoena on ZMDR d/b/a Republic Foods ("ZMDR"), ZMDR objected to the subpoena partially because ZMDR was in the process of finding new counsel, on May 16, 2023, RBG received confirmation that new counsel had been retained and since then the parties have been working together to resolve objections to the subpoena; (c) the parties are finalizing an Agreed Protective Order to propose to the Court; (d) all parties stipulate to extend the discovery, dispositive motion deadlines, pretrial

1

conference and trial date by 90 days; and (e) this is the first request by any party for an extension of the final pretrial conference and trial dates and the second request by any party for an extension of the discovery and dispositive motion deadlines;

**IT IS HEREBY ORDERED** that the Scheduling Order, ECF No. 28, issued by the Court on July 27, 2022 as amended by the Stipulated Order Extending the Discovery and Dispositive Motion Deadlines, ECF No. 41, is hereby **AMENDED** as follows:

| | Current Date | New Date |
|---|---|---|
| Discovery Ends: | June 30, 2023 | **September 29, 2023** |
| Dispositive Motion Due: | August 31, 2023 | **November 30, 2023** |
| Final Pretrial Conference: | October 25, 2023 | **January 30, 2024 at 2:00 p.m.** |
| Trial: | November 7, 2023 | **February 13, 2024 at 9:00 a.m.** |

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 20, 2023

2

**Stipulated as to form and content:**

*/s/ Philip Cwagenberg*
Philip Cwagenberg (P36246)
Attorney for Orleans International, Inc.
pc@iglawfirm.com


*/s/ Jennifer G. Lurken*
Matthew C. Berger (#0387666)
Jennifer G. Lurken (#0473916)
Attorneys for Revier Brand Group, LLC
mberger@gislason.com
jlurken@gislason.com
GISLASON & HUNTER LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Phone: (507) 354-3111
Fax: (507) 354-8447

Daniel D. Quick (P48109)
Matthew J. Keane (P83768)
Attorneys for Revier Brand Group, LLC
dquick@dickinsonwright.com
mkeane@dickinsonwright.com

*/s/ Brian M. Moore*
Brian M. Moore (P58584)
Kelly R. Houk (P77666)
Attorneys for Alterna Capital Solutions, LLC
bmoore@dykema.com
khouk@dykema.com